WILLIAM H. COYNE, Respondent, v. JAMES J. KENNEDY, Appellant.— Motion granted. Present — Jenks, P. J., Thomas, Putnam and Blackmar, JJ.

WILLIAM F. AHRENS, Appellant, v. ELIZABETH S. SANDERS, Respondent, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.

MARY DILLON, Appellant, v. CAROLINE REID, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Putnam and Kelly, JJ.

JOHN DILLON, Appellant, v. CAROLINE REID, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Putnam and Kelly, JJ.

JACOB EISENBERG, as Administrator, etc., of MORRIS EISENBERG, Deceased, Respondent, v. HUGO R. LEHRFELD, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ.